TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00483-CV

Beverly J. Dennis, on Behalf of Herself and All Others Similarly Situated, Appellants

v.

Texas Department of Criminal Justice; Wayne Scott, Executive Director of the Texas

Department of Criminal Justice; and Alan Polunsky, Chairman of the Texas Board

of Criminal Justice, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 96-04451A, HONORABLE MARY PEARL WILLIAMS, JUDGE PRESIDING

PER CURIAM

 Appellants have filed an unopposed motion to dismiss based on a settlement
agreement. See Tex. R. App. P. 42.1(a)(2). The court grants the motion and dismisses the
appeal.

Before Chief Justice Yeakel, Justices Jones and B. A. Smith

Appeal Dismissed on Appellants' Motion

Filed: November 19, 1998

Do Not Publish